NUMBER 13-02-376-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

ERASMO TORRES AND ESTHER TORRES,                             Appellants,

 

                                                   v.

 

DAVID
RUIZ, ET AL.,                                                            Appellees.

____________________________________________________________________

 

                        On appeal from the 206th  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yanez

                                             Opinion
Per Curiam

 

Appellants, ERASMO TORRES AND ESTHER TORRES, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo
County, Texas, in cause number C-1051-02-D.  After the record was filed, appellants filed
a motion to dismiss the appeal. 
Appellants request that this Court dismiss the appeal.








The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th
day of August, 2002.